# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: AU:25-CR-00493(1)-ADA |
| (1) GUILLERMO HORTELANO-CERRITO | § § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 12, 2025, wherein the defendant (1) GUILLERMO HORTELANO-CERRITO waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) GUILLERMO HORTELANO-CERRITO to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) GUILLERMO HORTELANO-CERRITO's plea of guilty to Count One (1) is accepted.

    Signed this 3rd day of December, 2025.

                                                        ALAN D ALBRIGHT
                                                         UNITED STATES DISTRICT JUDGE